(88 South. 194)

HOLMES v. STATE. (6 Div. 700.)

(Court of Appeals of Alabama. Dec. 14, 1920.)

CRIMINAL LAW ☞1090(14, 16) — REFUSED CHARGES AND MOTION FOR NEW TRIAL NOT CONSIDERED ON APPEAL, WHERE NO BILL OF EXCEPTIONS.

Where, on an appeal from a conviction of burglary, the record contained no bill of exceptions, setting out the evidence, and the time for filing one had expired, defendant's refused charges and motion for a new trial cannot be considered.

Appeal from Circuit Court, Jefferson County; H. B. Heflin, Judge.

Henry Holmes was convicted of burglary, and he appeals. Affirmed.

Grace & Simpson, of Birmingham, for appellant.

J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. The defendant was tried and convicted under an indictment charging burglary, and sentenced to the penitentiary for a term of not less than one year and one day nor more than two years. The record contains no bill of exceptions and the time for filing one has expired. The refused charges and motion for a new trial cannot be considered, there being no bill of exception setting out the evidence in the trial. Ross v. State, 16 Ala. App. 393, 78 South. 309. The record discloses that the defendant was legally convicted; and, there being no error, the judgment of conviction is affirmed.

Affirmed.

---

(88 South. 218)

GRAFFEO v. STATE. (6 Div. 683.)

(Court of Appeals of Alabama. Dec. 14, 1920.)

Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

John Graffeo was convicted of violating the prohibition law, and he appeals. Affirmed.

J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. There is no bill of exceptions. We find no error in the record, and the judgment is affirmed.

Affirmed.

---

(88 South. 195)

ALLEN v. STATE. (6 Div. 723.)

(Court of Appeals of Alabama. Dec. 14, 1920.)

CRIMINAL LAW ☞1094—IN ABSENCE OF BILL OF EXCEPTIONS, CONVICTION WILL BE AFFIRMED.

Where a record contains no bill of exceptions and the time for filing one has expired, and the record discloses that the conviction was legal and regular, the judgment will be affirmed.

Appeal from Circuit Court, Cullman County; Robt. C. Brickell, Judge.

John Allen was convicted of distilling, making, or manufacturing alcoholic, spirituous, malted, or mixed liquors or beverages in violation of law and he appeals. Affirmed.

J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. The defendant was convicted under an indictment, charging that he did after the 25th day of January, 1919, distill, make, or manufacture alcoholic, spirituous, malted, or mixed liquors or beverages, a part of which was alcohol, and sentenced to the penitentiary for not less than 13 nor more than 15 months. There is no bill of exceptions in the record; the time for filing one having expired. The record discloses that the conviction was legal and regular, and, there being no error in the record, the judgment of conviction is affirmed.

Affirmed.

---

☞For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes